# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN KOLENKO and JACKIE BARHAM, Individually and on behalf of All Others Similarly Situated, | : : : : | CLASS ACTION |
| Plaintiffs, | : : | Civil Action No. 17-CV-00183 |
| v. | : : | |
| SERVIS ONE, INC. d/b/a BSI FINANCIAL SERVICES, INC., | : : : | |
| Defendant. | : : | |

## STIPULATION OF DISMISSAL

Plaintiffs, John Kolenko and Jackie Barham, individually and on behalf of all other similarly situated, and Defendant, Servis One, Inc. d/b/a BSI Financial Services, Inc., hereby file this Stipulation of Dismissal and, in so doing, request that this matter be marked as discontinued and ended.

Respectfully Submitted,

**BLANK ROME LLP**                                **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**

By:   *s/ Joseph E. Culleiton*                    By:   *s/ Edwin J. Kilpela*
Joseph E. Culleiton                               Edwin J. Kilpela
501 Grant Street, Suite 850                       1133 Penn Ave., 5th Floor
Pittsburgh, PA 15219                              Pittsburgh, PA 15222
Tel.: (412) 932-2803                              ekilpela@carlsonlynch.com
Fax: (412) 774-1828
E-mail: JCulleiton@BlankRome.com

*Counsel for Defendant*                           *Counsel for Plaintiffs*
*Servis One, Inc. d/b/a*
*BSI Financial Services, Inc.*                    It is so ordered.

_____
United States District Judge